1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9

10  COMMUNITIES FOR A BETTER      )
    ENVIRONMENT, a California     )
11  non-profit Corporation,       )        No. C06-4184 BZ
                                  )
12              Plaintiff(s),     )
                                  )        **ORDER GRANTING LIMITED**
13        v.                      )        **AMICUS CURIAE STANDING**
                                  )
14  PACIFIC STEEL CASTING         )
    COMPANY, a California         )
15  Corporation,                  )
                                  )
16              Defendant(s).     )
    _____)

17

18        **IT IS HEREBY ORDERED** that GMP, Local 164B is granted

19  leave to file the amicus brief and supporting declaration of

20  Ignacio De La Fuente dated September 5, 2006.  This order does

21  not grant the union permission to appear as amicus in other

22  phases of this litigation, as the court is not yet satisfied

23  that the defendant cannot adequately represent the interests

24  of those of its employees who are union members.

25  Dated: Sept. 18, 2006

26                          _____
                                  Bernard Zimmerman
27                          United States Magistrate Judge

28  G:\BZALL\-BZCASES\CBE\AMICUS.ORDER.wpd

                                    1