UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, a California non-profit Corporation,<br><br>      Plaintiff(s),<br><br>  v.<br><br>PACIFIC STEEL CASTING COMPANY, a California Corporation,<br><br>      Defendant(s). | No. C06-4184 BZ<br><br>**SCHEDULING ORDER** |

    For the reasons stated at the Case Management Conference conducted on October 16, 2006, **IT IS HEREBY ORDERED** as follows:

    1.  Pursuant to the parties' agreement, the Court approves of the parties' use of private mediation scheduled for November 9, 2006. The parties shall promptly inform the Court in the case of settlement.

    2.  Failing settlement, the parties shall attend a Further Case Management Conference on **Monday, November 20, 2004** at **4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

1

1           Francisco, California 94102.
2      3.   The parties shall produce documents and information
3           in accordance with the Model Protective Order found
4           on the Court's website until such time as the
5           parties otherwise agree.  In particular, all
6           protected materials will be viewed only by counsel
7           and by those experts and others who have signed the
8           "Agreement to be Bound by Protective Order" attached
9           to the Order as Exhibit A.

**IT IS SO ORDERED.**

Dated: October 17, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CBE\FurtherCMC.ORDER.wpd

2