1 Ruben A. Castellon (SBN 154610)
  Ross H. Hirsch (SBN 204320)
2 STANZLER FUNDERBURK & CASTELLON LLP
  180 Montgomery Street, Ste. 1700
3 San Francisco, California 94104
  Telephone:   (415) 677-1450
4 Facsimile:   (415) 677-1476

5 Bruce C. Paltenghi (Bar No. 83918)
  GORDON, WATROUS, RYAN, LANGLEY, BRUNO & PALTENGHI
6 611 Las Juntas Street, P.O. Box 630
  Martinez, California 94553
7 Telephone: (925) 228-1400
  Facsimile:   (925) 228-3644
8
  Attorneys for Defendant
9 PACIFIC STEEL CASTING COMPANY

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, | Case No. C 06-4184 BZ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| PACIFIC STEEL CASTING COMPANY, | Judge: Hon. Bernard Zimmerman |
| Defendant. | Complaint Filed: July 6, 2006 |

Plaintiff COMMUNITIES FOR A BETTER ENVIRONMENT ("CBE") and Defendant PACIFIC STEEL CASTING COMPANY ("Pacific Steel"), by and through their attorneys of record in this action, hereby stipulate and agree that the above-entitled action be stayed (including outstanding discovery) pending the outcome of the mediation that began on November 9, 2006 and is now continued to November 21, 2006. The stay shall be lifted automatically, without further order, upon notice from either party to the other party and to the

1

1  Court that the stay is no longer warranted because an impasse has been reached in the mediation.
2  Informal exchanges of information shall continue, despite the stay. The parties request that the
3  November 20, 2006 status conference date be continued to the first week of December, 2006.
4  The parties will provide a further update to the Court following the next mediation session and
5  request a status conference upon completion of the discussions regardless of the outcome.

7  Dated: November 5, 2006         STANZLER FUNDERBURK & CASTELLON LLP

9                                  By_____ For
                                        Ruben A. Castellon

                                   Attorneys for Defendant Pacific Steel Casting
                                   Company

14 Dated: November 15, 2006        GOLDEN GATE UNIVERSITY SCHOOL OF LAW
                                   ENVIRONMENTAL LAW AND JUSTICE CLINIC

16                                 By_____ For
                                        Helen H. Kang

                                   Attorneys for Plaintiff Communities for A Better
                                   Environment

20 **IT IS SO ORDERED:**

21 November 16, 2006               By_____
                                        Judge Bernard Zimmerman

24 CMC continued to
   December 11, 2006
25 at 4:00 p.m.

*IT IS SO ORDERED*
*Bernard Zimmerman*
*Judge Bernard Zimmerman*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

2