1 | HELEN KANG (State Bar No. 124730)
ALAN RAMO (State Bar No. 63425)
2 | BRENT PLATER (State Bar No. 209555)
Environmental Law and Justice Clinic
3 | Golden Gate University School of Law
536 Mission Street
4 | San Francisco, California 94105
Tel: (415) 442-6647, Fax: (415) 896-2450
5 | E-mail: hkang@ggu.edu; aramo@ggu.edu; bplater@ggu.edu

6 | ADRIENNE L. BLOCH (State Bar No. 215471)
PHILIP HUANG (State Bar No. 230115)
7 | Communities for a Better Environment
1440 Broadway, Suite 701
8 | Oakland, California 94612
Tel: (510) 302-0430; Fax:  (510) 302-0438
9 | E-mail: abloch@cbecal.org; phuang@cbecal.org

10 | Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT
11 |
STANZLER FUNDERBURK & CASTELLON LLP
12 | Ruben A. Castellon (Bar No. 154610)
Ross H. Hirsch (Bar No. 204320)
13 | 180 Montgomery Street, Suite 1700
San Francisco, California 94104
14 | Telephone: (415) 677-1450; Facsimile: (415) 677-1476

15 | GORDON, WATROUS, RYAN, LANGLEY, BRUNO & PALTENGHI
Bruce C. Paltenghi (Bar No. 83918)
16 | 611 Las Juntas Street, P.O. Box 630
Martinez, California 94553
17 | Telephone:  (925) 228-1400; Facsimile:  (925) 228-3644

18 | Attorneys for Defendant
PACIFIC STEEL CASTING COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, a California nonprofit corporation;<br><br>            Plaintiff,<br>     v.<br><br>PACIFIC STEEL CASTING CO.,<br><br>            Defendant. | Case No.: C 06 4184 BZ<br><br>**JOINT CASE MANAGEMENT STATEMENT; STIPULATION AND [PROPOSED] ORDER** |

1  Plaintiff COMMUNITIES FOR A BETTER ENVIRONMENT and Defendant PACIFIC STEEL CASTING COMPANY, by and through their attorneys of record in this action, hereby submit this Joint Case Management Statement, Stipulation, and Proposed Order.

The parties have reached a settlement in principle in this matter, and believe that it would be beneficial to stay the currently scheduled Case Management Conference.  The purpose of the stay is to allow the completion of the drafting of the consent decree.  The parties thus hereby stipulate and agree that the Case Management Conference currently scheduled for January 29, 2007, be rescheduled to the week of February 5, 2007, or as soon thereafter as the Court may permit.

The parties will provide a further update to the Court regarding settlement negotiations, or submit a stipulated proposed order if settlement discussions are completed, by January 29, 2007, or one week before the rescheduled Case Management Conference, whichever is later.

IT IS SO ORDERED this ___18th____ day of ___January_____ 2007.

NEW CMC IS SCHEDULED FOR FEBRUARY 5, 2007 AT 4:00 P.M.

_____
Bernard Zimmerman
United States Magistrate Judge

Presented on January 17, 2007 by:

_____
HELEN KANG (State Bar No. 124730)
ALAN RAMO (State Bar No. 63425)
BRENT PLATER (State Bar No. 209555)
Environmental Law and Justice Clinic
Golden Gate University School of Law
536 Mission Street
San Francisco, California 94105

_s/Ruben Castellon_____
STANZLER FUNDERBURK & CASTELLON LLP
Ruben A. Castellon (Bar No. 154610)
Ross H. Hirsch (Bar No. 204320)
180 Montgomery Street, Suite 1700
San Francisco, California 94104