UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, a California non-profit Corporation,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>PACIFIC STEEL CASTING COMPANY, a California Corporation,<br><br>　　　　Defendant(s). | No. C06-4184 BZ<br><br>**SCHEDULING ORDER** |

A proposed consent decree having been lodged with this court, and for good cause appearing, **IT IS HEREBY ORDERED** that the case management conference scheduled for February 5, 2007 is **CONTINUED** to **April 9, 2007**. By that date, plaintiff shall inform this court as to whether it may enter the consent decree and, if appropriate, provide a copy to the court for its signature.

Dated: January 30, 2007

　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\CBE\SCHED.ORDER.wpd

1