1  HELEN H. KANG (State Bar No. 124730)
   ALAN RAMO (State Bar No. 63425)
2  BRENT PLATER (State Bar No. 209555)
   Environmental Law and Justice Clinic
3  Golden Gate University School of Law
   536 Mission Street
4  San Francisco, California 94105
   Tel: (415) 442-6647, Fax: (415) 896-2450
5  E-mail: hkang@ggu.edu; aramo@ggu.edu; bplater@ggu.edu

6  ADRIENNE L. BLOCH (State Bar No. 215471)
   PHILIP HUANG (State Bar No. 230115)
7  Communities for a Better Environment
   1440 Broadway, Suite 701
8  Oakland, California 94612
   Tel: (510) 302-0430; Fax: (510) 302-0438
9  E-mail: abloch@cbecal.org; phuang@cbecal.org

10 Attorneys for Plaintiff
   COMMUNITIES FOR A BETTER ENVIRONMENT

12            **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, a California nonprofit corporation;<br><br>            Plaintiff,<br><br>     v.<br><br>PACIFIC STEEL CASTING CO.,<br><br>            Defendant. | Case No.: C 06 4184 BZ<br><br>REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER |

Plaintiff Communities for a Better Environment requests that this Court vacate the case management conference scheduled for April 9, 2007, at 4:00 p.m. on the ground that the Court entered a Consent Decree resolving this case on March 16, 2007.

Dated: March 20, 2007           ENVIRONMENTAL LAW AND JUSTICE CLINIC


                                _____
                                HELEN H. KANG
                                Attorneys for Plaintiff
                                COMMUNITIES FOR A BETTER ENVIRONMENT

REQUEST AND PROPOSED ORDER VACATING CMC
                              1                    Case No. C 06 4184 BZ

1 <u>ORDER</u>

2 IT IS HEREBY ORDERED that the case management conference scheduled for April 9,
3 2007, at 4:00 p.m., be vacated.
4 Dated: March _21_, 2007



_____
Bernard Zimmerman
United States Magistrate Judge

REQUEST AND PROPOSED ORDER VACATING CMC
Case No. C 06 4184 BZ